UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXIS J. RAMIREZ<br>INDIVIDUALLY AND BEHALF OF ALL<br>OTHERS SIMILARLY SITUATED<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CREDIT CORPORATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:11-cv-00146-CFD<br>)<br>)<br>) JUNE 23, 2011<br>)<br>)<br>) |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismissal of this action with prejudice. Each party will bear its own costs and attorneys' fees.

PLAINTIFF ALEXIS J. RAMIREZ

By  s/Daniel S. Blinn
Daniel S. Blinn (ct02188)
E-mail: dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, CT 06067
Tel. No.: (860) 571-0408
   Fax No.: (860) 571-7457

DEFENDANT
TOYOTA MOTOR CREDIT CORPORATION

By  s/Wystan M. Ackerman
Wystan M. Ackerman (ct24090)
E-mail: wackerman@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

-2-

Of Counsel

Anna S. McLean (Admitted Pro Hac Vice)
  E-mail: amclean@sheppardmullin.com
Rachel Tarko Hudson (Admitted Pro Hac Vice)
  E-mail: rhudson@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
4 Embarcadero Center
17th Floor
San Francisco, CA 94111-4109
(415) 434-9100

SO ORDERED:

Dated: _____

_____
Christopher F. Droney
United States District Judge